UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MARGIE COLBERT,**<br><br>        Plaintiff,<br>  v.<br><br>**SHERMAN ORIGINATOR, LLC et al,**<br><br>        Defendants. | Civil Action No. 5:17-CV-422-MTT |

CHANGE OF ADDRESS NOTIFICATION

I, BRADLEY M. ELBEIN hereby file this notice advising that my address has changed, effective immediately.

FROM: 1409 Peachtree St. NE, Suite 500    TO:  1100 Peachtree St. NE, Suite 950
         Atlanta, GA 30329                                Atlanta, GA 30329

My telephone numbers and e-mail addresses remain the same.

Respectfully submitted,

/s/ *Bradley M. Elbein*

BRADLEY M. ELBEIN
GA. SBN 0242830

BARRON & NEWBURGER, P.C.
1100 Peachtree St. NE, Suite 950
Atlanta, GA 30309
Telephone: (404) 870-8077
Facsimile: (512) 279-0310
E-mail: belbein@bn-lawyers.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing *Change of Address* was served via ECF and by e-mail on the following counsel of record on the 5th day of April 2018:

    Ronald E. Daniels, ron@dlawllc.com
    Clifford Carlson, cc@cliffcarlsonlaw.com
    William D. Taylor, III, trey@wdtaylorlaw.com

    *Attorneys for Plaintiff*


                              /s/ *Bradley M. Elbein*
                              BRADLEY M. ELBEIN